| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* CR 05-00479DKW-008 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00071-RFB-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| SHANE KEONI NAKAMIYO, aka "Sumo" | NAME OF SENTENCING JUDGE The Honorable Derrick K. Watson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/25/2022 — TO 07/24/2032 |

**OFFENSE**
(See Offense List - attached)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Resides in Nevada.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Hawaii

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 19, 2025
*Date*

Chief *United States District Judge*
DERRICK K. WATSON

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 31, 2025
*Effective Date*

*United States District Judge*

1