RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Shane Keoni Nakamiyo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHANE KEONI NAKAMIYO,<br>Defendant. | Case No. 2:25-cr-00071-RFB-EJY<br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, United States Attorney General, and Kyle Fuller, Assistant United States Attorney, counsel for the United States of America, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Shane Keoni Nakamiyo, that the Revocation Hearing currently scheduled on October 29, 2026 be vacated and continued to a date and time convenient to the Court, but no sooner than December 21, 2026.

This Stipulation is entered into for the following reasons:

1. Mr. Nakamiyo is currently housed at Nevada Southern Detention Center, where he is participating in various programs.

2. One of the programs is twelve weeks long and is set to end the week of December 21.

3. Mr. Nakamiyo would like the opportunity to finish the program before revocation so that he will not risk being moved while in the middle of the program.

4. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED this 27th day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By */s/ Kyle Fuller*
KYLE FULLER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANE KEONI NAKAMIYO,

Defendant.

Case No. 2:25-cr-00071-RFB-EJY

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 29, 2026 at 1:00 p.m., be vacated and continued to ___________________ at the hour of ___:___ __.m.

DATED this ___ day of October, 2026.

_______________________________________

UNITED STATES DISTRICT JUDGE